Howard N. Wollitz, SBN 58674
WILLIAMS & WOLLITZ PC
1539 Westwood Blvd., Second Floor
Los Angeles, California 90024
(310) 801-7185
hwollitz@wwlawcorp.com

Attorneys for Plaintiff
KEMPER INDEPENDENCE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEMPER INDEPENDENCE INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALLAN DOUGLAS BOYER; RAYMOND MENDOZA, JR.,<br><br>Defendants. | Case No. 2:22-cv-01458-MCE-DB<br><br>**AMENDED ORDER ON STIPULATION FOR DISMISSAL OF DEFENDANT RAYMOND MENDOZA, JR., WITH ORDER THAT HE WILL BE BOUND BY THIS COURT'S COVERAGE DETERMINATIONS**<br><br>**DECEMBER 1, 2022; 10:00 A.M.**<br><br>**CTR. 7; ZOOM VIDEOCONFERENCE** |

WHEREAS, on November 28, 2022, plaintiff Kemper Independence Insurance Company and defendant Raymond Mendoza, Jr., filed their Amended Stipulation for Order of Dismissal of Raymond Mendoza, Jr., with Order that He Will Be Bound by this Court's Coverage Determinations,

WHEREAS, defendant Raymond Mendoza, Jr., filed his Answer to Kemper's Complaint (ECF No. 8), but now does not wish to continue to litigate the coverage issues between Kemper and defendant Allan Douglas Boyer,

WHEREAS, the Court, having read and examined all papers submitted in connection with the Stipulation for Dismissal and being fully apprised of the premises,

NOW, THEREFORE, IT IS ORDERED as follows:

Defendant Raymond Mendoza, Jr. shall be, and hereby is, dismissed from this action, with each party to bear their own costs and attorney fees provided, however, that defendant Raymond Mendoza, Jr., will be bound by all coverage determinations by this Court as between Kemper and defendant Allan Douglas Boyer.

IT IS SO ORDERED.

Dated:  December 2, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE