UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEMPER INDEPENDENCE INSURANCE COMPANY, an Illinois corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>ALLAN DOUGLAS BOYER; RAYMOND MENDOZA JR.,<br><br>  Defendants. | No.  2:22-cv-1458 MCE DB<br><br>ORDER |

    The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).  On June 15, 2023, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations.  The time for filing objections has expired, and plaintiff has not filed objections to the findings and recommendations.

    The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 15, 2023 (ECF No. 27) are ADOPTED in full;

2. Plaintiff's November 18, 2022 motion for default judgment (ECF No. 15) is GRANTED;

3. Judgment is entered against defendant Allan Douglas Boyer;

4. The Court declares that plaintiff had and has no duty to defend or indemnify defendant in the underlying action; and

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  August 29, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2