## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**KEMPER INDEPENDENCE INSURANCE COMPANY,**

v.

**ALLAN DOUGLAS BOYER, ET AL.,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **2:22–CV–01458–MCE–DB**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 08/30/23**

**Keith Holland**
Clerk of Court

ENTERED:  **August 30, 2023**

by: /s/ V. Licea Chavez
Deputy Clerk